**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOHN V. KNOWLES, IV, | ) |
| Petitioner, | ) |
| v. | ) No. 4:23-CV-1550 JAR |
| ANDY JOHNSON, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

Before the Court is petitioner's motion for reconsideration of the dismissal of his application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. After reviewing the grounds raised by petitioner, the Court will decline to alter or amend the judgment of this Court. The Court concludes that petitioner's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Petitioner is therefore not entitled to reconsideration of the dismissal of his petition, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration of the dismissal of his application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 [ECF No. 5] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 8th day of February, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE